John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Counsel for Defendant on Signature Page*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VASHTI COLON RODRIGUEZ, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PlanMember Securities Corporation,**<br><br>**Defendant.** | Case No. 2:22-CV-05942<br><br>**NOTICE OF SETTLMENT AND JOINT MOTION TO STAY** |

Plaintiff Vashti Colon Rodriguez ("Plaintiff") and Defendant PlanMember Securities Corporation, ("PlanMember" or "Defendant") hereby notice the Court that they have reached an individual settlement and are jointly working to finalize and execute the settlement agreement. In light of the imminent resolution of the action, the parties jointly move this Court to stay all deadlines and vacate the scheduling conference currently set for July 7, 2023 at 10:00 a.m. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement, obtain necessary signatures, and allow for performance of the agreement without incurring additional

fees and costs.

Dated: June 29, 2023                     Respectfully submitted,

 */s/ John Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive
Beverly Hills, California 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Counsel for Plaintiff and the Class*


**FREEMAN MATHIS & GARY, LLP**

 */s/ Matthew S. Jones*

MARC J. SHRAKE (State Bar No. 219331)
mshrake@fmglaw.com
MATTHEW S. JONES (State Bar No. 292037)
mjones@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071-2627
(213) 615-7000;
FAX (213) 615-7100

*Counsel for Defendant*

ORDER

Good cause appearing, IT IS SO ORDERED.

The scheduling conference set for July 7, 2023 is vacated and all deadlines are stayed. If the action is not dismissed within forty-five days of the entry of this order, the parties are to file a joint status report informing the Court as to why the action has not been resolved.

Dated: _____, 2023          _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE