John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212
Tel.:  (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASHTI COLON RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PlanMember Securities Corporation,<br><br>Defendant. | Case No. 2:22-CV-05942<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff Vashti Colon Rodriguez ("Plaintiff") pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses this action against Defendant PlanMember Securities Corporation, ("Defendant") with prejudice.

Dated: August 29, 2023          Respectfully submitted,

    */s/ John Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive
Beverly Hills, California 90212

Tel: (858) 209-6941
jnelson@milberg.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2023, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

    */s/ John Nelson*
John J. Nelson (SBN 317598)